RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
SYLVIA A. IRVIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702)388-6261/Fax
Sylvia_Irvin@fd.org

Attorney for Jose Angel Celedon

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JOSE ANGEL CELEDON,<br><br>        Defendant. | Case No. 2:20-cr-00246-JCM-BNW<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between United States Attorney Nicholas A. Trutanich and Assistant United States Attorney Melanee Smith, counsel for the United States of America, and Federal Public Defender Rene L. Valladares and Assistant Federal Public Defender Sylvia A. Irvin, counsel for Jose Angel Celedon, that the revocation hearing currently scheduled on November 18, 2020 at 10:00 a.m., be vacated and continued to December 18, 2020 at 10:00 a.m., or to a date and time convenient to this Court.

This Stipulation is entered into for the following reasons:

1.    Undersigned defense counsel has been out of the jurisdiction handling a family medical situation and was not meet able to speak to Mr. Celedon until this week.

2.  Defense counsel asks the Court for the additional time to be able to meet with Mr. Celedon and prepare for the revocation hearing.

3.  Mr. Celedon is at liberty and agrees with the need for the continuance.

4.  Undersigned counsel contacted AUSA Melanee Smith and USPO Nickie Pipilakis, and they are agreeable to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 17th day of November, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By *Sylvia A. Irvin*<br>SYLVIA A. IRVIN<br>Assistant Federal Public Defender | By *Melanee Smith*<br>MELANEE SMITH<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOSE ANGEL CELEDON,<br><br>　　　　　Defendant. | Case No. 2:20-cr-00246-JCM-BNW<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the Revocation Hearing currently scheduled for Wednesday, November 18, 2020, at 10:00 a.m., be vacated and continued to  December 18, 2020 at the hour of 10:00 a.m.

　　　DATED November 17, 2020.

_____
UNITED STATES DISTRICT JUDGE

3